IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE HALL, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-5060 |
| | : | |
| HORIZON HOUSE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 4th day of November 2019, upon consideration of *pro se* Plaintiff Leslie Hall's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons discussed in the Court's Memorandum.

4. Hall may file an amended complaint no later than **December 6, 2019**, in the event she can allege facts to support a claim against Defendants under federal law or a basis for the Court's jurisdiction over her state law claims. Any amended complaint must clearly state the basis for the Court's jurisdiction. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Hall should be mindful of the Court's reasons for dismissing the claims in her initial Complaint as explained in the Court's Memorandum. Alternatively, Hall may seek to file her claims in the appropriate state court, where federal jurisdiction will not be an

issue, rather than returning to this Court with an amended complaint.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

5.\tThe Clerk of Court is **DIRECTED** to send Hall a blank copy of this Court's current standard form to be used by a self-represented litigant filing a civil action bearing the above-captioned civil action number.  Hall may use this form to file her amended complaint if she chooses to do so.

6.\tIf Hall fails to file an amended complaint in accordance with this Order, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**